Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-12-00444-CV

Sylvia **CRANE** and Ronald Crane,
Appellants

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 374060
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  October 10, 2012

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM